Case 9:20-po-05079-KLD  Document 5  Filed 03/18/22  Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN HAMMOND,<br><br>Defendant. | 9:20-PO 5079-KLD<br><br>Violation: 9610064<br><br><br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 16th day of March, 2022.

KATHLEEN L. DESOTO
United States Magistrate Judge

1